IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INFORMATION** |
| | ) | |
| | ) | Case No. 1:24-cr-137-01 |
| -vs- | ) | |
| | ) | Violations:  21 U.S.C. §§ 841(a)(1), |
| | ) | 841(b)(1)(B), and 846 and 18 U.S.C. § 2. |
| NOAH JAVARIS ABRAHAM | ) | |
| | ) | |

<u>COUNT ONE</u>

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

The United States Attorney Charges:

Beginning sometime prior to and continuing until in or about May 2024, in the District of North Dakota, and elsewhere,

NOAH JAVARIS ABRAHAM,

knowingly and intentionally combined, conspired, confederated, and agreed with others, both known and unknown, to distribute and possess with intent to distribute controlled substances, including 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B);

Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that Defendant and others would and did distribute, and possess with intent to distribute, opiate pills and tablets containing a detectable amount of fentanyl in and about Bismarck, Mandan, and Minot, North Dakota, and elsewhere;

2. It was further a part of said conspiracy that Defendant and others would and did attempt to conceal their activities by, among other things, using aliases and concealing controlled substances within motor vehicles and containers;

3. It was further a part of said conspiracy that the conspirators would and did use United States currency in their drug transactions;

4. It was further a part of said conspiracy that the Defendant and others would and did use telecommunication facilities, including cellular telephones, and social media applications, to facilitate the distribution of controlled substances and collection and transfer of drug proceeds;

5. It was further a part of said conspiracy that the Defendant used other individuals and conspirators as sub-distributors of opiate pills and tablets containing a detectable amount of fentanyl;

6. It was further a part of said conspiracy that Defendant traveled in a motor vehicle from Minot, North Dakota, to Fargo, North Dakota, and elsewhere, to acquire and obtain opiate pills and tablets containing a detectable amount of fentanyl for further distribution;

In violation of Title 21, United States Code, Section 846; <u>Pinkerton v. United States,</u> 328 U.S. 640 (1946).

## COUNT TWO

**Possession with Intent to Distribute Fentanyl
(40 grams or more – mixture)**

The United States Attorney Further Charges:

In or about May 2024, in the District of North Dakota, and elsewhere,

NOAH JAVARIS ABRAHAM,

knowingly and intentionally possessed with intent to distribute approximately 2,000 opiate pills and tablets that were 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

As a result of committing one or more of the offenses alleged in Counts One and Two of this Information,

## NOAH JAVARIS ABRAHAM

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- One FN Herstal, Model Five Seven, 5.7 x 28 caliber pistol, Serial Number 386277058; and

- Approximately 20 rounds of FN Herstal 5.7 mm x 28 mm ammunition.

_____
NICHOLAS W. CHASE
United States Attorney

RLV